THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

STEPHEN M. VISLAY, )
)
    Plaintiff, )
)
v. )  Case No. 1:18-cv-1352-LO/JFA
)
HITACHI VANTARA FEDERAL CORP., )
*et al.* )
)
    Defendants. )

## ORDER OF DISMISSAL WITH PREJUDICE

This Matter comes before the Court on the parties' Joint Stipulation of Dismissal with

Prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is

DISMISSED WITH PREJUDICE.

It is so ORDERED this 20th day of Dec., 2019.

_____
The Honorable Liam O'Grady
United States District Judge